

JUN 1 0 2010

6592A 01/sh

D. Michael Lynn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| KLAAS TALSMA d/b/a KLAAS TALSMA | ) | |
| DAIRY d/b/a FRISIA FARMS | ) | CASE NO. 10-43790-DML-11 |
| FRISIA FARMS, INC., | ) | CASE NO. 10-43791-DML-11 |
| FRISIA HARTLEY, LLC | ) | CASE NO. 10-43792-RFN-11 |
| | ) | |
| DEBTORS | ) | |
| | ) | |

**ORDER REGARDING FILING OF PLEADINGS AND
DIRECTING JOINT ADMINISTRATION OF CASES**

The Court, having considered the *Application for Joint Administration* of the above-captioned cases, makes these findings of facts and conclusions of law (Docket No. 4). This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1334 and 157, and 11 U.S.C. § 105. All parties-in-interest were provided adequate notice and opportunity for hearing. Joint administration of the Debtors' cases is appropriate pursuant to Rule 1015(b) and (c) of the Federal

Rules of Bankruptcy Procedure. An order of joint administration would serve judicial economy. It is in the best interests and without prejudice to the rights of the Debtors' estates, creditors, and other parties-in-interest. It is hereby

**ORDERED**, that the above-captioned cases be and hereby are, jointly administrated by this Court for procedural purposes only and shall not be a substantive consolidation of the respective estates; and it is further

**ORDERED**, that in the event these cases have been assigned to separate judges, all cases shall be transferred to the judge assigned to the lead case; and it is further

**ORDERED** that all orders, pleadings, papers and documents, except proofs of claims, shall be filed and docketed in KLAAS TALSMA d/b/a KLAAS TALSMA DAIRY d/b/a FRISIA FARMS, Case No. 10-43790-dml-11 (the "Lead Case"); and it is further

**ORDERED** that all proofs of claims shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate; and it is further

**ORDERED** that all pleadings, papers, and documents, except proofs of claim, filed in the jointly administered cases shall bear the caption of the jointly administered cases and shall be listed as shown below:

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER |
| | CHAPTER 11 |
| KLAAS TALSMA d/b/a KLAAS TALSMA DAIRY d/b/a FRISIA FARMS | CASE NO. 10-43790-DML-11 |
| FRISIA FARMS, INC., | CASE NO. 10-43791-DML-11 |
| FRISIA HARTLEY,LLC | CASE NO. 10-43792-RFN-11 |
| DEBTORS | **Jointly Administered Under Case No. 10-43790-DML-11** |

and it is further

**ORDERED** that if pleadings, papers, and documents have been filed in any of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading paper, or document shall (i) re-file that pleading, paper, or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties; and it is further

**ORDERED** that the Debtors, shall serve a copy of this order on the United States Trustee, all creditors, persons filing Notices of Appearance, and other parties-in-interest, and shall file a certificate of service with the Clerk of Court after completing service of this; and it is further

**ORDERED** that the Debtors, shall file with the Clerk of Court in Case No. 10-43790-DML-11 a master service list of all creditors, persons filing Notices of Appearance, and all parties-in-interest in the jointly administered cases in the form prescribed by Local Bankruptcy Rule 1007.2.

###END OF ORDER###